ACCEPTED
01-15-00645-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
9/8/2015 11:44:27 AM
CHRISTOPHER PRINE
CLERK

No. 01-15-00645-CV

| | | |
|---|---|---|
| PROPHET RONALD DWAYNE WHITFIELD, | § § § | IN THE FIRST FILED IN 1st COURT OF APPEALS HOUSTON, TEXAS |
| Appellant, | § § | 9/8/2015 11:44:27 AM |
| v. | § § | COURT OF APPEALS CHRISTOPHER A. PRINE Clerk |
| CLEAR LAKE NISSAN and SANTANDER CONSUMER USA, INC. | § § | HOUSTON, TEXAS |
| Appellees. | § | |

## APPELLEE SANTANDER CONSUMER USA, INC.'S DESIGNATION OF COUNSEL

COMES NOW, Santander Consumer USA, Inc. ("SCUSA") Appellee herein, and designates DONALD L. TURBYFILL as lead counsel and designates VICKI W. HART and DEBORAH C. S. RIHERD as additional counsel on appeal.

1.    DONALD L. TURBYFILL is lead counsel and VICKI W. HART is co-counsel for SCUSA in the underlying cause of action.

2.    Pursuant to Tex. R. App. P. 6.2, SCUSA designates DONALD L. TURBYFILL as lead counsel and designates VICKI W. HART and DEBORAH C. S. RIHERD as additional counsel on appeal.

3.    The necessary information for counsel is as follows:

DONALD L. TURBYFILL
State Bar of Texas No. 20296380
Devlin, Naylor & Turbyfill, P.L.L.C.
4801 Woodway, Suite 420 West
Houston, Texas 77056-1805
(713) 622-8338 [PHONE]
(713) 586-7053 [FACSIMILE]
dturbyfill@dntlaw.com [E-MAIL]

VICKI W. HART
State Bar of Texas No. 24046037
Devlin, Naylor & Turbyfill, P.L.L.C.
4801 Woodway, Suite 420 West
Houston, Texas 77056-1805
(713) 622-8338 [PHONE]
(713) 586-7053 [FACSIMILE]
vhart@dntlaw.com [E-MAIL]

DEBORAH C. S. RIHERD
State Bar of Texas No. 24038904
Devlin, Naylor & Turbyfill, P.L.L.C.
4801 Woodway, Suite 420 West
Houston, Texas 77056-1805
(713) 622-8338 [PHONE]
(713) 586-7053 [FACSIMILE]
driherd@dntlaw.com [E-MAIL]

4.     For these reasons, SCUSA asks the Court to instruct the clerk to change the record to reflect that DONALD L. TURBYFILL, VICKI W. HART and DEBORAH C. S. RIHERD are counsel for Appellee SANTANDER CONSUMER USA, INC. in this case on appeal.

WHEREFORE, PREMISES CONSIDERED, Appellee, SANTANDER CONSUMER USA, INC. requests this Court to instruct the clerk to change the record to reflect that DONALD L. TURBYFILL, VICKI W. HART and DEBORAH C. S. RIHERD are counsel for SCUSA and for such other and further relief to which it may be entitled.

Respectfully submitted,

DEVLIN, NAYLOR & TURBYFILL, P.L.L.C.

_____

DONALD L. TURBYFILL
State Bar of Texas No. 20296380
dturbyfill@dntlaw.com [E-MAIL]
DEBORAH C. S. RIHERD
State Bar of Texas No. 24038904
driherd@dntlaw.com [E-MAIL]
VICKI W. HART
State Bar of Texas No. 24046037
vhart@dntlaw.com [E-MAIL]
4801 Woodway, Suite 420 West
Houston, Texas 77056-1805
(713) 622-8338 [PHONE]
(713) 586-7053 [FACSIMILE]
ATTORNEYS FOR APPELLEE
SANTANDER CONSUMER USA, INC.

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that a true and correct copy of the above and foregoing instrument was served upon the following parties either electronically through an electronic filing manager or in the alternative served by fax prior to 5:00 p.m., in person, by mail, commercial delivery service, or email on September 8, 2015:

Prophet Ronald Dwayne Whitfield
7522 La Salette Street
Houston, Texas 77021
(832) 822-5696 [PHONE]
APPELLANT, *pro se*

Daniel C. Pappas
dcp@danielcpappaspc.com
DANIEL C. PAPPAS, P.C.
4615 Southwest Freeway, Suite 600
Houston, Texas 77027
(713) 621-5222 [PHONE]
(713) 621-7094 [FACSIMILE]
ATTORNEY FOR APPELLEE
CLEAR LAKE NISSAN

_____
DEBORAH C. S. RIHERD